**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 07-7761**

―――――――――

JAMES A. CALHOUN-EL,

             Plaintiff - Appellant,

        v.

GARY D. MAYNARD, Acting Secretary , Department
of Public Safety and Correctional Services;
OFFICER BROWN; OFFICER OABOEIU; OFFICER
LASANE; OFFICER EBAHA; ROWLEY, Commissioner of
Correction; MOTTI MULLETTA, M.D.; CRAIG
HARBOUR, Regional Manager; JAMES SMITH,
Warden; WHATTAKER, Chief of Security; CAPTAIN
SIMPSON; CAPTAIN WASHINGTON; CAPTAIN STAFER;
CAPTAIN GUY; LIEUTENANT J. WILLIAMS;
LIEUTENANT M. WILLIAMS; LIEUTENANT WATKINS;
LIEUTENANT BROWN; LIEUTENANT COLEMAN; SERGEANT
MASON; SERGEANT WALKER; OFFICER COLEMAN,

             Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:07-cv-00220-RDB)

―――――――――

Submitted:  February 21, 2008      Decided:  February 27, 2008

―――――――――

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

James A. Calhoun-El, Appellant Pro Se. Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Katrina J. Dennis, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Calhoun-El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Calhoun-El v. Maynard, No. 1:07-cv-00220-RDB (D. Md. filed Nov. 19, 2007 & entered Nov. 20, 2007). We deny Calhoun-El's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED